**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

D. Reardon Stanford
Hoyt & Stanford
315 S. College, Suite 165
Lafayette LA 70503

**REHEARING ACTION: December 16, 2009**

**Docket Number: 09   00415-CA**

**RAYMOND SAVOIE**
**VERSUS**
**DON PAGE**

**Appealed from Lafayette Parish Case No. C-20074309**

**BEFORE JUDGES:**

    **Hon. Jimmie C. Peters**
    **Hon. Elizabeth A. Pickett**
    **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Don Page** has this day been

    **DENIED.**

cc: Peter Forrestt Caviness, Counsel for the Appellant